Fraser A. McAlpine (State Bar No. 248554)
Janelle Sahouria (State Bar No. 253699)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: Fraser.McAlpine@jacksonlewis.com
E-mail: Janelle.Sahouria@jacksonlewis.com

Attorneys for Defendants and Cross-Defendants DIVERSIFIED RESTAURANT GROUP, LLC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSS LONG,<br><br>           Plaintiff,<br><br>     v.<br><br>GOOD NITE INN ROHNERT PARK, INC.; GOOD NITE INN MANAGEMENT, INC.; CITY OF ROHNERT PARK; ACV GGB PROPCO, LLC; AKSAN UNITED FORTUNE, INC.; DIVERSIFIED RESTAURANT GROUP, LLC; CRUSTACEAN, INC.; and DOES 1 through 35, Inclusive,<br><br>           Defendants.<br>_____<br>GOOD NITE INN ROHNERT PARK, INC.; GOOD NITE INN MANAGEMENT,<br><br>           Cross-Complainants,<br><br>     v.<br><br>ACV GGB PROPCO, LLC; AKSAN UNITED FORTUNE, INC.; DIVERSIFIED RESTAURANT GROUP, LLC; CRUSTACEAN, INC.; DONALD L. DAVIS AND BEVERLY G. DAVIS, TRUSTEES, AND ROES 1-20, Inclusive<br><br>           Cross-Defendants. | Case No.  3:19-cv-00079-RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME CROSS-DEFENDANT DIVERSIFIED RESTAURANT GROUP, LLC'S TIME TO RESPOND TO CROSS-COMPLAINT**<br><br>Complaint Filed: January 5, 2019<br>Cross-Complaint Filed: February 11, 2019 |

1
STIPULATION AND [PROPOSED] ORDER TO EXTEND DIVERSIFIED REST.
GROUP'S TIME TO RESPOND TO CROSS-COMPLAINT     Case No. 3:19-cv-00079-RS

Cross-Complainants Good Nite Inn Rohnert Park, Inc. and Good Nite Inn Management ("Cross-Complainants) and Cross-Defendant Diversified Restaurant Group, LLC ("Cross-Defendant"), through their undersigned counsel, jointly stipulate to extend the time for Cross-Defendant to file its responsive pleading to the February 11, 2019 Cross-Complaint (ECF No. 29) from March 4, 2019, until April 15, 2019.

On February 11, 2019, Cross-Complainants filed a Cross-Complaint against Cross-Defendant and other parties. (ECF No. 29.)

On February 28, 2019, Cross-Defendant filed a request for substitution of counsel. (ECF Nos. 32, 33.) The extension of time to respond to the Cross-Complaint is necessary to allow Cross-Defendant's new counsel of record to get up to speed.

Besides this current stipulation, the only other stipulations submitted by the Parties in this lawsuit were to extend Defendants' time to file their answer to Plaintiff's Complaint. (ECF Nos. 17, 21.)

Pursuant to Civil Local Rule 6-1(a), this extension will not alter the date of any event or any deadline already fixed by Court order, including the last date by which the joint site inspection must be conducted pursuant to General Order 56.

Dated: March 1, 2019          THE KARLIN LAW FIRM LLP

                              By:   /s/ L. Scott Karlin_____
                                    Attorneys for Defendant and Cross-
                                    Complainants GOOD NITE INN ROHNERT
                                    PARK, INC. and GOOD NITE INN
                                    MANAGEMENT, INC.

Dated: March 1, 2019          JACKSON LEWIS P.C.

                              By:   /s/ Janelle Sahouria_____
                                    Fraser A. McAlpine
                                    Janelle Sahouria
                                    Attorneys for Defendant and Cross-
                                    Defendant DIVERSIFIED RESTAURANT
                                    GROUP LLC

## **ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

Dated:  March 1, 2019                        /s/ Janelle Sahouria
                                             Janelle Sahouria

# [PROPOSED] ORDER

The Parties having so stipulated and good cause appearing.

**IT IS HEREBY ORDERED** that Defendant and Cross-Defendant Diversified Restaurant Group, LLC will have until April 15, 2019 to file its response to the Cross-Complaint of Good Nite Rohnert Park, Inc., and Good Nite Inn Management, Inc., filed on February 11, 2019 (ECF No. 29).

**IT IS SO ORDERED.**

Dated: _____

                                                  Richard Seeborg
                                                  United States District Judge

4813-3828-9801, v. 1